Form ntchrg

226 West Second Street
Flint, MI 48502

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13–32948–dof**
Chapter: 13
Judge: Daniel S. Opperman.Flint

In Re: (NAME OF DEBTOR(S))
    Danny J Subjeck
    5854 Cider Mill Dr
    Fenton, MI 48430

Social Security No.:
    xxx–xx–6336

Employer's Tax I.D. No.:

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Bankruptcy Court Courtroom, 226 West Second St., Flint, MI 48502** on **12/16/14** at **10:00 AM** to consider and act upon the following:

*88* – First Application for Compensation Post–Confirmation Attorney Fees for John Benedict Swift II, Debtor's Attorney, Period: 7/1/2014 to 10/14/2014, Fee: $550.00, Expenses: $3.84. Filed by Attorney John Benedict Swift II (Swift, John)

Dated: 11/18/14

        BY THE COURT

        Katherine B. Gullo
        Clerk, U.S. Bankruptcy Court

        BY: Wendy Erickson
        Deputy Clerk